UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH K. LYNCH,

        Plaintiff,

                                                            Case No. 1:06-cv-323

v.

                                                            Hon. Wendell A. Miles

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

JUDGMENT APPROVING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      On June 22, 2007, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that the Commissioner's decision be affirmed in this matter. No objections were filed to the R & R.

      The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R.

          Therefore, the court hereby approves and adopts the R & R as the decision of the court. The final decision of the Commissioner of Social Security is AFFIRMED.  Plaintiff's claim for Disability Insurance Benefits and Supplemental Security Income benefits is denied.

Dated:  August 15, 2007                               /s/ Wendell A. Miles
                                                               Wendell A. Miles
                                                               Senior U.S. District Judge